UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW MALONE DUMMER,

        Plaintiff,

v.

PIERCE COUNTY JUDICIAL SYSTEM,

        Defendant.

CASE NO. 3:23-CV-5322-RJB-DWC

ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. On April 15, 2023, the Clerk of the Court mailed a letter to Plaintiff Andre Malone Dummer. *See* Dkt. 2. The letter was returned as undeliverable on April 27, 2023. Dkt. 3.

A party proceeding *pro se* shall keep the Court and opposing parties advised as to his or her current mailing address. Local Rules, W.D. Wash. LCR 41(b)(2). If mail directed to a *pro se* plaintiff by the Clerk is returned by the Postal Service, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

1        If Plaintiff fails to notify the Court of his current mailing address by June 26, 2023, the

2  undersigned will recommend dismissal of this action without prejudice.

3        Dated this 2nd day of May, 2023.

*[signature]*

David W. Christel
Chief United States Magistrate Judge