UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW MALONE DUMMER,

           Plaintiff,

   v.

PIERCE COUNTY JUDICIAL SYSTEM,

           Defendant.

CASE NO. 3:23-CV-5322-RJB-DWC

REPORT AND RECOMMENDATION

Noting Date: August 18, 2023

     The District Court has referred this action filed under 42 U.S.C. § 1983 to Chief United States Magistrate Judge David W. Christel. Plaintiff Andre Malone Dummer, proceeding *pro se*, initiated this civil rights action on April 12, 2023. *See* Dkt. 1. As Plaintiff failed to pay the filing fee and failed to keep the Court advised of his current address, the Court recommends dismissing this action without prejudice.

     The relevant procedural history shows that, on April 12, 2023, Plaintiff initiated this lawsuit. Dkt. 1. He did not pay the filing fee or submit an application to proceed *in forma pauperis* (IFP). *See* Docket. The Clerk's Office sent Plaintiff a letter directing him to pay the filing fee or submit an application to proceed IFP on or before May 15, 2023. Dkt. 2. The Clerk's

Office warned Plaintiff that failing to comply could result in dismissal of this action. *See id*. The letter was returned as undeliverable on April 27, 2023. Dkt. 3.

On May 2, 2023, the Court directed Plaintiff to notify the Court of his current mailing address on or before June 26, 2023. Dkt. 4. The Court warned Plaintiff that failure to notify the Court of his updated address by the deadline would result in a recommendation of dismissal. *Id*. The Order directing Plaintiff to update his address was also returned to the Court as undeliverable. Dkt. 5.

Plaintiff has failed to comply with the Court's Orders. He has not paid the filing fee or submitted an application to proceed IFP. Additionally, he has not provided the Court with his current address. As Plaintiff has failed to respond to the Court's Orders and prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on August 18, 2023, as noted in the caption.

Dated this 1st day of August, 2023.

David W. Christel
Chief United States Magistrate Judge